UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GENESIS BROWN and CRAIG SODEN,**

    **Plaintiffs,**

v.                                    Case No: 6:18-cv-1151-Orl-41TBS

**MILLER ENVIRO-CARE, INC.,
STEVEN M. MILLER and RACHAEL S.
MILLER,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 13) issued by United States Magistrate Judge Thomas B. Smith, in which it is recommended that this case be remanded to the state court for lack of subject matter jurisdiction.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, Case Number 2018-CA-001335-11B-K.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2018.



Copies furnished to:

Counsel of Record
Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida